Lincoln D. Bandlow, Esq. (CA #170449)
Fox Rothschild LLP
Constellation Plaza
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Tel.: (310) 598-4150
Fax: (310) 556-9828
lbandlow@foxrothschild.com

*Attorneys for Plaintiff*
*Strike 3 Holdings, LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case Number: 4:17-cv-07064-DMR |
| Plaintiff, | Honorable Donna M. Ryu |
| vs. | **PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT** |
| JOHN DOE subscriber assigned IP address 73.92.36.243, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), makes this *ex-parte* application for entry of an order extending the time within which to effectuate service on John Doe Defendant, and states:

1. This is a copyright infringement case against a John Doe Defendant known to Plaintiff only by an IP address. Defendant's true identity is known by their Internet service provider ("ISP").

2. On January 31, 2018, Plaintiff was granted leave to serve a third party subpoena on Defendant's ISP to obtain the Defendant's identifying information [CM/ECF 11]. Plaintiff

1

issued the subpoena on March 12, 2018 and expects to receive the ISP's response on or about May 21, 2018.

3. Pursuant to Fed. R. Civ. P. Rule 4(m), Plaintiff is required to effectuate service on the Defendant no later than March 11, 2018. Because the ISP is not expected to respond until May 21, 2018 and Defendant's identity currently remains unknown to Plaintiff, Plaintiff is unable to comply with the current service deadline.

4. Procedurally, Plaintiff respectfully requests that the time within which it has to effect service of the summons and Complaint on Defendant be extended an additional sixty (60) days from May 21, 2018 (the date Plaintiff expects to receive the ISP response) and thus the deadline to effect service be extended to July 20, 2018.

5. This application is made in good faith and not for the purpose of undue delay.

6. This is Plaintiff's first request for an extension. None of the parties will be prejudiced by the granting of this extension.

WHEREFORE, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Complaint on Defendant be extended until July 20, 2018. A proposed order is attached for the Court's convenience.

Dated: March 12, 2018                                    Respectfully submitted,

                                                         By: /s/ *Lincoln D. Bandlow*
                                                         Lincoln D. Bandlow, Esq.
                                                         FOX ROTHSCHILD LLP
                                                         *Attorney for Plaintiff*