**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case Number: 4:17-cv-07064-DMR |
| Plaintiff, | Honorable Donna M. Ryu |
| vs. | |
| JOHN DOE subscriber assigned IP address 73.92.36.243, | **[PROPOSED] ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT** |
| Defendant. | |

THIS CAUSE came before the Court upon Plaintiff's e*x-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's application is granted. Plaintiff shall have until July 20, 2018 to effectuate service of a summons and Complaint on Defendant. The case management conference is CONTINUED to July 18, 2018 at 1:30 p.m.

SO ORDERED this 13th day of March, 2018.

By:_____
United States Magistrate Judge
Honorable Donna M. Ryu

1

[Proposed] Order on Plaintiff's *Ex-Parte* Application for Extension of Time Within Which to Effectuate Service        Case No. 4:17-cv-07064-DMR